

# Fourth Court of Appeals
## San Antonio, Texas

November 24, 2014

No. 04-14-00751-CV

Josefina Alexander **GONZALEZ**, et al,
Appellants

v.

Raymond S. **DE LEON** II, trustee of the Delfina & Josefina Alexander Family Trust; Rocio
Gonzalez Guerra, Individually and as Next Friend of Vidal Gerardo Guerra III and Mayela
Alexandra Guerra,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVQ-001098-D4
Honorable Oscar J Hale, Jr., Judge Presiding

# O R D E R

Appellants' motion to abate appeal is DENIED. Appellants are requested to file a response to the appellee's motion to dismiss no later than ten days from the date of this order.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of November, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court